■ RICHARD DOKTOR et al., Plaintiffs, v. COUNTY LINE STONE COMPANY, INC., Defendant and Third-Party Plaintiff-Respondent. GENESEE EXPLOSIVE SALES & SERVICE, Third-Party Defendant-Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Genesee Special Term denying motion of third-party defendant to dismiss third-party complaint.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ AGNES GRUDZIEN, Plaintiff, v. COUNTY LINE STONE COMPANY, Defendant and Third-Party Plaintiff-Respondent. GENESEE EXPLOSIVE SALES & SERVICE, Third-Party Defendant-Appellant.— Same decision and like cause of action as in companion case of *Doktor* v. *County Line Co.* (16 A D 2d 877).

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. GEORGE SEYMOUR AUSTIN, Respondent.— Order unanimously modified in accordance with the memorandum and as modified affirmed. Memorandum: The order dismissing the indictment should have provided that the District Attorney was authorized to resubmit the matter to the Grand Jury. (Appeal from order of Onondaga County Court dismissing indictment charging defendant with sodomy, second degree, and sodomy (misdemeanor) in violation of section 690 of the Penal Law.) Present — Bastow, J, P., Goldman, Halpern, McClusky and Henry, JJ.

■ DOROTHY BARRECA, as Administratrix of the Estate of JOSEPH BARRECA, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Motion No. M. 6089.) — Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Court of Claims permitting the late filing of a claim.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ F. RICHARD BORNHURST, Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal by defendant from order of Onondaga Special Term denying defendant's motion to dismiss the complaint pursuant to rule 113 of Rules of Civil Practice.) Present — Bastow, J. P., Goldman, Halpern and Henry, JJ. [31 Misc 2d 339.]

■ CHARLES J. L. SIMON, as Executor of GEORGE A. SIMON, Deceased, Respondent, v. EMERGENCY HOSPITAL OF THE DIOCESE OF BUFFALO, Appellant, et al., Defendant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Erie Special Term denying the motion of defendant, Emergency Hospital of the Diocese of Buffalo, to drop it as a party defendant in the action.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ CHARLES J. L. SIMON, as Executor of GEORGE A. SIMON, Deceased, Respondent, v. EMERGENCY HOSPITAL OF THE DIOCESE OF BUFFALO, Appellant, et al., Defendant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Erie Special Term granting the motion to amend the summons and complaint so as to insert the true and correct name of the defendant hospital.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.